Brewster v. Thompson.

This case was removed to the Supreme Court by *certiorari* directed to Justice Matthis. On the return it appeared the demand was for £11 19s. 11d., and a *venire* had issued for a jury of twelve men. At the trial *six* of the jurors only appeared, who, with the consent of parties, were sworn.

Verdict for plaintiff £8 11s., and costs and judgment accordingly.

---

[32]         BREWSTER v. THOMPSON.

Affidavit of one of the jurors as to the misconduct of the jury not admitted to impugn the verdict.

*Certiorari* to Justice Ogden.

The objection to the judgment in this case was, that the jurors cast lots for their verdict, which fact was proved by the affidavit of one of the jurors.

PER CURIAM. Other evidence of the fact alleged must be produced to the court. Take time to produce other testimony.

NOTE.—After a great variety of contradictory cases upon this point it seems to be now settled, that a juror shall not be allowed to prove the misconduct of the jury of which he is a member. See the case of *Lessee of Cluggage* v. *Swan*, 4 *Binney* 150, and particularly the very learned and conclusive opinion delivered by Mr. Justice Yeates, in which will be found collected all the cases upon the subject, both in the American and English books.

CITED in *Kennedy* v. *Kennedy*, 3 *Harr.* 454–463; *Consumers' Coal Co.* v *Hutchinson*, 7 *Vr.* 25.